

ORDERED in the Southern District of Florida on March 3, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No. 13-29251-LMI
Tony and Carmen Santana                                         Chapter 13

         Debtor.         /

## AGREED ORDER GRANTING DEBTORS' MOTION TO APPROVE LOAN MODIFICATION

THIS CAUSE came to be heard upon the Debtors' Motion to Approve Loan Modification (the "Motion") (D.E. #49).  The parties having agreed IT IS:

**ORDERED**:

1. The Motion is granted.

2. The debtors are allowed to enter into the modification agreement

3. The modification agreement is approved.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.