## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                     CASE NO.: 13-29251-LMI
                                                           Chapter 13

Tony Santana & Carmen Santana
    Debtor(s)
_____/

## EX PARTE MOTION TO APPROVE FINAL MORTGAGE MODIFICATION AGREEMENT WITH WELLS FARGO HOME MORTGAGE / AMERICAS SERVICING CO

The above-referenced Debtor requests the Court enter an Order approving the Mortgage Modification Agreement with Wells Fargo Home Mortgage / Americas Servicing Company ("Lender") and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on December 2, 2013 ( ECF # 35).

2. The final MMM conference was held June 25, 2014 noting a trial agreement was reached.

3. The MMM Mediator filed a Final Report of Mortgage Modification Mediator on July 20, 2015 (ECF #72), reporting the parties reached an agreement.

4. On or about March 3, 2015, an Agreed Order was entered allowing the terms of the modification to be entered into by the parties.

5. The Debtors and the Lender entered into a Final modification agreement on or about April 28, 2015.

6. The Debtors wish for the court to enter an Order approving the finalized modification agreement.

7. Attached is a copy of the FINAL Agreement entered into between the parties (with all personal identifiers redacted).

8. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

**[For chapter 13 cases only]:**

9. Pursuant to the Agreement, the Debtor will modify the payment plan to provide for the payment on or before July 18, 2016.

10. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

**11.** The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE, the** Debtors requests the Motion to Approve FINAL Mortgage Modification Agreement with Wells Fargo Home Mortgage / Americas Servicing Company ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve FINAL Mortgage Modification Agreement with Wells Fargo Home Mortgage / Americas Servicing Company, was served by U.S, first class mail, upon the parties listed below on June 17, 2016.

/s/ Robert Sanchez, Esq.
Attorney for Debtor(s)
Address:355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008
Fax:_(305) 512-9701
Florida Bar No.: 0442161
email: Court@bankruptcyclinic.com

Copies to: [all parties to mediation]