THIS IS TO CERTIFY THAT THIS
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

This Document Prepared By:
MEGAN SHEPHERD
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SC 29715
(800) 416-1472

When Recorded Mail To:
FIRST AMERICAN TITLE
ATTN: LMTS
P.O. BOX 27670
SANTA ANA, CA 92799-7670

Tax/Parcel No.

_____[Space Above This Line for Recording Data]_____

Original Principal Amount: $204,000.00          Prev. Rec. Mod. Loan Amt: $0.00
Unpaid Principal Amount: $198,758.59           Freddie Mac Loan No.:
New Principal Amount $290,317.45              Loan No: (scan barcode)
New Money (Cap): $91,558.86

# LOAN MODIFICATION AGREEMENT (MORTGAGE)
(Fixed Rate)

THIS LOAN MODIFICATION AGREEMENT ("Agreement"), made on the 17TH day of DECEMBER, 2014 (the "Modification Effective Date"), by and between TONY SANTANA AND CARMEN SANTANA, HUSBAND AND WIFE (the "Borrower(s)") whose address is 2725 W 72ND PL, HIALEAH, FLORIDA 33016 and WELLS FARGO BANK, N.A. ("Lender") whose address is 3476 STATEVIEW BLVD, MAC# X7801-03K, FORT MILL, SC 29715 (the "Lender (Mortgagee) together with the Borrower(s), the "Parties"), modifies and amends certain terms of Borrower's indebtedness evidenced by (1) the Note (the "Note") to Lender dated JANUARY 10, 2008, in the original principal sum of U.S. $204,000.00 and secured by (2) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") and Rider(s), if any, dated JANUARY 10, 2008 and recorded on JANUARY 24, 2008 in BOOK 26177 PAGE 3933, of the OFFICIAL Records of MIAMI-DADE COUNTY, FLORIDA. The Security Instrument covers the real and personal property described in the Security Instrument and defined as the "Property", located at:

2725 W 72ND PL., HIALEAH, FLORIDA 33016
[Property Address]

the real property described being set forth as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:

WITNESSETH

WHEREAS, Borrower has requested and Lender has agreed, subject to the following terms and conditions, to a loan modification as follows:

NOW THEREFORE, in consideration of the covenants hereinafter set forth and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by the Parties, it is agreed as follows (notwithstanding anything to the contrary in the Note and Security Instrument date JANUARY 10, 2008.

Wells Fargo Custom Freddie Mod 
First American Mortgage Services                    Page 1

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT WELLS FARGO BANK, N.A.

1. The modified principal balance of my Note will include all amounts and arrearages that will be past due as of the Modification Effective Date (including unpaid and deferred interest, fees, escrow advances and other costs, but excluding unpaid late charges, collectively, "Unpaid Amounts") less any amounts paid to the Lender but not previously credited to the Modified Loan. The new principal balance of my note will be $290,317.45 (the "New Principal Balance"). Borrower understands that by agreeing to add the Unpaid Amounts to the outstanding principal balance, the added Unpaid Amounts accrue interest based on the interest rate in effect under this Agreement. Borrower also understands that this means interest will now accrue on the unpaid interest that is added to the outstanding principal balance, which would not happen without this Agreement.

2. Interest at the rate of 4.5000% will begin to accrue on the New Principal Balance as of JANUARY 1, 2015 and the first new monthly payment on the New Principal Balance will be due on FEBRUARY 1, 2015. Borrower agrees to make monthly payments for the Modified Loan as outlined in the payment schedule below:

| Months | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment | Monthly Escrow Payment Amount* | Total Monthly Payment* | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-480 | 4.5000% | 01/01/2015 | $1,305.16 | $714.12 Adjusts annually after year 1 | $2,019.28 | 02/01/2015 | 480 |

*The escrow payments may be adjusted periodically in accordance with applicable law and therefore my total monthly payment may change accordingly.

The above terms in this Section 2 shall supersede any provisions to the contrary in the Note and Security Instrument, including but not limited to, provisions for an adjustable, step or simple interest rate.

Borrower understands that, if I have a pay option adjustable rate mortgage loan, upon modification, the minimum monthly payment option, the interest-only or any other payment options will no longer be offered and that the monthly payments described in the above payment schedule for my Modified Loan will be the minimum payment that will be due each month for the remaining term of the Loan. My Modified Loan will not have a negative amortization feature that would allow me to pay less than the interest due resulting in any unpaid interest being added to the outstanding principal balance.

3. EXTENSION. This Agreement hereby modifies the following terms of the Note and Security Instrument described herein above as follows:

    a. The Current contractual due date has been extended from JUNE 1, 2010 to FEBRUARY 1, 2015 The first modified contractual due date is on FEBRUARY 1, 2015.

    b. The maturity date has been extended from FEBRUARY 1, 2038 (month/year) to JANUARY 1, 2055.

    c. The amount of interest to be included (capitalized) will be U.S. $61,449.36.

Wells Fargo Custom Freddie Mac 
First American Mortgage Services        Page 2        

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

    d.  The amount of the Escrow Advance to be capitalized will be U.S. $25,563.50.

    e.  The amount of Recoverable Expenses to be capitalized will be U.S. $4,546.00. Recoverable Expenses may include, but are not limited to: Title, Attorney fees/costs, BPO/Appraisal, and/or Property Preservation/Property Inspections.

    f.  I agree to pay in full any amounts still owed under the Note and Security Instrument by the earliest of: (i) the date I sell or transfer an interest in the property, (ii) the date I pay the entire New Principal Balance, or (iii) the maturity date.

    g.  Borrower agrees that certain amounts owed will not be capitalized, waived, or addressed as part of this Agreement, and will remain owed until paid. These amounts owed are referenced in the Cover Letter to this Agreement, which is incorporated herein, and are to be paid with the return of this executed Agreement. If these amounts owed are not paid with the return of this executed Agreement, then Lender may deem this Agreement void.

4. NOTE AND SECURITY INSTRUMENT. Nothing in this Agreement shall be understood or construed to be a satisfaction or release, in whole or in part of the Borrower's obligations under the Note or Security Instrument. Further, except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and shall comply with, all of the terms and provisions thereof, as amended by this Agreement.

5. The undersigned Borrower(s) acknowledge receipt and acceptance of the Loan Modification Settlement Statement. Borrower(s) agree with the information disclosed in and understand that I/we am/are responsible for payment of any outstanding balances outlined in the Loan Modification Settlement Statement.

6. The undersigned Borrower(s) acknowledge receipt and acceptance of the Borrower Acknowledgements, Agreements, and Disclosures Document (BAAD).

7. If included, the undersigned Borrower(s) acknowledge receipt and acceptance of the Truth in Lending statement.

8. If included, the undersigned Borrower(s) acknowledge receipt and acceptance of the 1-4 Family Modification Agreement Rider Assignment of Rents.

9. If included, the undersigned Borrower(s) acknowledge receipt and acceptance of the Notice of Special Flood Hazard disclosure.

10. This Agreement is conditioned upon the receipt of the 1-4 Family Modification Agreement Rider Assignment of Rents, if included, specified in the attached cover letter, which is incorporated herein by reference.

11. That (he/she/they) (is/are) the Borrower(s) on the above-referenced Mortgage Loan serviced by WELLS FARGO BANK, N.A.

    That (he/she/they) have experienced a financial hardship or change in financial circumstances since the origination of (his/her/their) Mortgage Loan.



THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

That (he/she/they) did not intentionally or purposefully default on the Mortgage Loan in order to obtain a loan modification.

CORRECTION AGREEMENT: The undersigned borrower(s), for and in consideration of the approval, closing and funding of this Modification, hereby grants **WELLS FARGO BANK, N.A.**, as lender, limited power of attorney to correct and/or initial all typographical or clerical errors discovered in the Modification Agreement required to be signed. In the event this limited power of attorney is exercised, the undersigned will be notified and receive a copy of the document executed or initialed on their behalf. This provision may not be used to modify the interest rate, modify the term, modify the outstanding principal balance or modify the undersigned's monthly principal and interest payments as modified by this Agreement. Any of these specified changes must be executed directly by the undersigned. This limited power of attorney shall automatically terminate in 120 days from the closing date of the undersigned's Modification. (Borrower(s) initial)

T.S

By signing this Agreement I hereby consent to being contacted concerning this loan at any cellular or mobile telephone number I may have. This includes text messaged and telephone calls including the use of automated dialing systems to contact my cellular or mobile telephone. You will not be billed by your cellular or mobile carrier for any text messages you may receive from Wells Fargo, however, any calls we place to your cellular or mobile phone will incur normal airtime charges assessed by your mobile carrier.

Pursuant to Section 199.145(4)(b), Florida Statutes, additional nonrecurring intangible tax is due. This Mortgage is given in connection with the refinancing of an obligation secured by an existing mortgage, recorded in Official Records BOOK 26177 PAGE 3933, Public Records of MIAMI-DADE COUNTY, Florida from the Mortgagor hereunder to the Mortgagee hereunder, or to the assignor of the Mortgagee hereunder. As of the date of refinancing, the unpaid principal balance of the original obligation, plus accrued but unpaid interest, secured by the existing mortgage is equal to U.S. $198,758.59. The principal balance of the new obligation secured by this Mortgage is U.S. $290,317.45, which amount represents, as of the refinancing, the excess of the unpaid principal balance of the original obligation, plus accrued but unpaid interest. Notwithstanding anything to the contrary contained in the foregoing, if the obligor under the new obligation is not liable to the obligee under the obligation secured by this Mortgage, then the additional nonrecurring intangible tax shall be computed on the entire principal balance of the new obligation.

Wells Fargo Custom Freddie Mod
First American Mortgage Services                           Page 4

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

In Witness Whereof, I have executed this Agreement.

_Tony Santana_     3-17-15
Borrower: TONY SANTANA     Date

_Carmen Santana_     3-17-15
Borrower: CARMEN SANTANA     Date

_____     _____
Borrower:     Date

_____     _____
Borrower:     Date

[Space Below This Line for Acknowledgments]

### BORROWER ACKNOWLEDGMENT

STATE OF Florida
COUNTY OF Dade

The foregoing instrument was acknowledged before me this March 17, 2015 by TONY SANTANA, CARMEN SANTANA who is personally known to me or who has produced FL DL _____ identification

FL DL _____

Notary Public

Print Name: Sheryl Garcia

My commission expires: 10/7/2018

Commission # FF166732

SHERYL A. GARCIA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF166732
Expires 10/7/2018

Wells Fargo Custom Freddie Mod
First American Mortgage Services     Page 5

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT WELLS FARGO BANK, N.A.

In Witness Whereof, the Lender has executed this Agreement.

WELLS FARGO BANK, N.A.

By: _[signature]_

Tsegaye Megenta Shiwaga
Vice President Loan Documentation
(print name)
(title)

Date: 04-10-2015

[Space Below This Line for Acknowledgments]

LENDER ACKNOWLEDGMENT

STATE OF Minnesota    COUNTY OF Dakota

The instrument was acknowledged before me this April 10, 2015 by Tsegaye Megenta Shiwaga, the Vice President Loan Documentation of WELLS FARGO BANK, N.A., a Vice President Loan Documentation, on behalf of said company.

_[signature]_
Notary Public

PHAN C XIONG
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/19

Printed Name: Phan C. Xiong
My commission expires: 01/31/2019

THIS DOCUMENT WAS PREPARED BY:
MEGAN SHEPHERD
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SC 29715

Wells Fargo Custom Freddie Mod ▮▮▮▮▮
First American Mortgage Services                Page 6

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

## EXHIBIT A

BORROWER(S): TONY SANTANA AND CARMEN SANTANA, HUSBAND AND WIFE

LOAN NUMBER: (scan barcode)

LEGAL DESCRIPTION:

LOT 11, BLOCK 3 OF UNIVERSAL DREAM HOMES, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 136 AT PAGE 35 OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA. SUBJECT TO THE FOLLOWING: CONDITIONS, RESTRICTIONS, RESERVATIONS, LIMITATIONS AND EASEMENTS OF RECORD, IF ANY.

TAX/PARCEL NO. ███████

ALSO KNOWN AS: 2725 W 72ND PL., HIALEAH, FLORIDA 33016



I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

## Addendum

This Addendum is made a part of that Loan Modification Agreement entered into between WELLS FARGO BANK, N.A. (the "Lender") and TONY SANTANA AND CARMEN SANTANA, HUSBAND AND WIFE (the "Borrower") dated DECEMBER 17, 2014 the "Loan Modification Agreement").

Notwithstanding anything to the contrary contained in the Loan Modification Agreement, the parties hereto acknowledge the effect of a discharge in bankruptcy that may have been granted to the Borrower prior to the execution hereof and that the Lender may not pursue the Borrower for personal liability. However, the parties acknowledge that the Lender retains certain rights, including but not limited to the right to foreclose its lien under appropriate circumstances. The parties agree that the consideration for this Agreement is the Lender's forbearance from presently exercising its rights and pursuing its remedies under the Security Instrument as a result of the Borrower's default of its obligations thereunder. Nothing herein shall be construed to be an attempt to collect against the Borrower personally or an attempt to revive personal liability.

Notwithstanding any monthly payments hereunder, Borrower understands that (1) Lender's sole recourse is the enforcement of its security interest in the Property and any action which may exist in relation to the Property itself and that (2) nothing in this Agreement revives or purports to revive any debt, or create any personal liability or obligation for a debt, that was discharged in bankruptcy.

This agreement is only valid once consent of the United States Bankruptcy Court or other applicable approval to modify this mortgage is received.

(BORROWER MUST INITIAL HERE) T.S.
C.S.

Signed this _____ day of _____, 20___.

Lender                                          Borrower

By: _____ 04-10-2015                    _____ TONY SANTANA
Name:
                                                _____ CARMEN SANTANA

Tsegaye Megenta Shiwaga
Vice President Loan Documentation

Wells Fargo Custom Freddie Mod
First American Mortgage Services                Page 8

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

Date: DECEMBER 17, 2014
Loan Number: (scan barcode)
Lender: WELLS FARGO BANK, N.A.

Borrower: TONY SANTANA, CARMEN SANTANA

Property Address: 2725 W 72ND PL, HIALEAH, FLORIDA 33016

## NOTICE OF NO ORAL AGREEMENTS

THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.

THERE ARE NO ORAL AGREEMENTS BETWEEN THE PARTIES.

Receipt of Notice. The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

_/s/ Tony Santana_     3-17-15
Borrower     Date
TONY SANTANA

_/s/ Carmen Santana_     3-17-15
Borrower     Date
CARMEN SANTANA

_____  _____
Borrower                          Date

_____  _____
Borrower                          Date

_____  _____
Borrower                          Date

_____  _____
Borrower                          Date

Wells Fargo Custom Freddie Mac
First American Mortgage Services     Page 9