

ORDERED in the Southern District of Florida on June 20, 2016.

*Laurel M. Isicoff*
**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                CASE NO.: 13-29251-LMI
                                                                      Chapter 13
Tony Santana
Carmen Santana

            Debtor(s)
_____/


**ORDER GRANTING MOTION TO APPROVE FINAL MORTGAGE MODIFICATION AGREEMENT WITH (**Wells Fargo Home Mortgage / Americas Servicing Company**)**

This matter came before the Court:

☒   On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with ____Wells Fargo Home Mortgage / Americas Servicing Company_____ ("Lender").

☐   For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve FINAL Mortgage Modification Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the FINAL Agreement.

3. [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before  July 18, 2016             to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of theAgreementand this Order.

###

Attorney Sanchez shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).